IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MARTIN MUNOZ,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **08-675-JPG** |
| | ) | |
| **CHESTER MENTAL HEALTH CENTER,** | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

This matter is before the court for purposes of docket control.

Plaintiff's last known address is Chester Mental Health Center. However, the last mailing sent by the court to that address was returned as undeliverable. **See, Doc. 6.**

It is plaintiff's responsibility to keep the court informed of his current address. **See, Doc. 5;** *Snyder v. Nolen*, 380 F.3d 279, 285 (7th Cir. 2004).

**Plaintiff is hereby ordered to notify the court of his current address within TEN days of the date of this order. Failure to do so will result in sanctions, which may include monetary penalties and the dismissal of this case for failure to prosecute.**

**IT IS SO ORDERED.**

**DATED: June 16, 2009.**

> **s/ Clifford J. Proud**
> **CLIFFORD J. PROUD**
> **U.S. MAGISTRATE JUDGE**