UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARTIN MUNOZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 08-675-JPG-CJP |
| | ) | |
| ADAM, MATT, and | ) | |
| PATRICIA KELLY, | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

This matter having come before the Court, and Plaintiff Martin Munoz having failed to prosecute the case,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: February 12, 2010**             **NANCY ROSENSTENGEL, CLERK**

                                                                 **By:s/Deborah Agans, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**

1